DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WEST VILLAGES IMPROVEMENT DISTRICT,
a local unit of special-purpose government,

Appellant,

v.

GRAN PARADISO PROPERTY OWNERS' ASSOCIATION, INC.,
a Florida not-for-profit corporation,

Appellee.

No. 2D23-1293

_____

December 13, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Sarasota County; Hunter Carroll, Judge.

Joseph A. Brown of Kutak Rock, LLP, Tallahassee, for Appellant.

Joseph M. Herbert of Norton, Hammersley, Lopez & Skokos, P.A.,
Sarasota, for Appellee.


PER CURIAM.

    Affirmed.


CASANUEVA, SILBERMAN, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.